**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO.:   **08-20305-CIV-SEITZ/MCALILEY**

CITIZENS UNITED,
    a Virginia corporation

                              Plaintiff,

v.

CITIZENS UNITED NOT TIMID,
    a Florida unincorporated association,
ROGER J. STONE, JR., an individual, and
JEFFREY M. JONES, an individual,

                              Defendants.

_____/

FILED by ___*JC*___ D.C.
ELECTRONIC

**FEB. 5, 2008**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

### COMPLAINT

Plaintiff Citizens United (hereinafter "CU") brings this Complaint against

Defendants Citizens United Not Timid (hereinafter "NT"), Roger Stone (hereinafter

"Stone") and Jeffrey M. Jones (hereinafter "Jones") and alleges as follows:

### I. THE PARTIES

1.    CU is a non-stock corporation organized under the laws of the

Commonwealth of Virginia. Its office and principal place of business is located at 1006

Pennsylvania Avenue, Washington, DC  20003.

2.      NT is, on information and belief, an unincorporated association in the state of Florida.  NT has its principal place of business at 1628 NE 178th Street, North Miami, Florida, 33216.

3.      Jeffrey M. Jones is an individual residing at 1628 NE 178th Street, North Miami Beach, FL 33216, and at all relevant times has acted on his own behalf and/or on behalf of NT.

4.      Roger J. Stone, Jr. is an individual residing at 1356 Biscaya Drive, Surfside, Florida 33154, and at all relevant times has acted on his own behalf and/or on behalf of NT.

5.      On or about January 18, 2008, NT filed a Form 8871 with the Internal Revenue Service claiming political organization status under Internal Revenue Code Section 527.   The officers of NT were identified as Jeffrey M. Jones, Chairman and Treasurer, and Roger Stone, Assistant Treasurer.

## II. NATURE OF ACTION

6.      This is an action for service and trade mark and trade name infringement and false designation of origin under the Trademark Act of 1946, as amended (The Lanham Act, 15 U.S.C. § 1051 *et seq*.), and for unfair competition, deceptive trade practices and service mark and trade name infringement under the common law of the State of Florida.   These violations are based on the adoption and use of "Citizens United Not Timid" as a trade name and service and trade mark for the services NT purports to provide in its political advocacy, and the goods sold incident thereto.  These goods include certain T-shirts NT sells at the website found at the URL, www.citizensunitednottimid.org. These actions by NT, Jones and Stone are all in

violation of CU's established rights in the trade name, CITIZENS UNITED, and rights in CITIZENS UNITED as a registered service and trade mark for, *inter alia,* "promoting public awareness of the need for the restoration of the people of the United States as the political sovereign over civil government and dissemination of information relating thereto."

### III. JURISDICTION AND VENUE

7.     This Court has jurisdiction pursuant to 15 U.S.C. § 1121 (actions arising under the Federal Trademark Act), 28 U.S.C. 1338(a) (acts of Congress relating to trademarks), 28 U.S.C. 1338(b) (pendent unfair competition claims) and 28 U.S.C. § 1367(a) (supplemental jurisdiction). Venue is proper in this District pursuant to 28 U.S.C. 1391(b) and (c).

### IV. SUBSTANTIVE ALLEGATIONS

*A. CU's Service Marks, Trade Name, and Services.*

8.     CU was organized in November 1988 as a political advocacy group dedicated to restoring government to citizen control.  The organization engages in political advocacy both nationally and by local grass roots activities.  In order to accomplish its mission, it uses a wide variety of media outlets and products, including news releases, print, audio and video advertising, the Internet and its own web site, and full-length documentary films to educate citizens and advocate political change.

9.     Since its inception in 1988 and without interruption to the present time, CU has traded under the trade name CITIZENS UNITED.

10.    CU is the owner of United States Trademark Registration Nos. 1,809,741, (the '741 mark) registered December 7, 1993 and 1,877,094 (the '094 mark) registered January 31, 1995.

11.    The '741 mark is a stylized mark including the head of an eagle over a section of a United States flag and includes the words "Citizens" and "United" at the top and bottom of the mark, respectively.  A copy of the '741 registration is attached hereto as Exhibit A.  The '741 mark was registered in International Class 42, for services relating to "promoting public awareness of the need for the restoration of the people of the United States as the political sovereign over civil government and dissemination of information relating thereto."  This registration for the '741 mark is now valid, subsisting, uncancelled and unrevoked.

12.    The '741 mark has been used continuously and exclusively for five consecutive years since registration and is still in use by CU, and it is now incontestable under § 15 of the Lanham Act, 15 U.S.C. § 1065.

13.    The '094 mark is a word mark consisting only of the words "CITIZENS UNITED."  A copy of the '094 registration is attached hereto as Exhibit B.  The '094 mark was registered in International Class 42, for services relating to "promoting public awareness of the need for the restoration of the people of the United States as the political sovereign over civil government and dissemination of information relating thereto."  This registration for the '094 mark is now valid, subsisting, uncancelled and unrevoked.

-4-

14.     The '094 mark has been used continuously and exclusively for five consecutive years since registration and is still in use by CU, and it is now incontestable under § 15 of the Lanham Act, 15 U.S.C. § 1065.

15.     Since on or about November, 1988, CU continuously used CITIZENS UNITED as its trade name and as a mark in connection with and to identify its services in political advocacy, educating the public on the need for the restoration of the people of the United States as the political sovereign over civil government.  This has included the preparation, sale and distribution of materials – including feature length documentary films - opposing the liberal political agenda.  CU has also prominently displayed the '094 and '741 marks in letters, advertising and promotional materials and other materials, including its films, distributed throughout the United States.  It also prominently displays these marks and its trade name at Internet web pages and in the URL for these, www.citizensunited.org.  CU's services provided under the mark CITIZENS UNITED are provided nationwide, including in the State of Florida.

16.     The services for which CU uses the mark CITIZENS UNITED include, specifically, the preparation, sale and distribution of a film entitled, "Hillary The Movie."  "Hillary The Movie" is a full length feature film produced by CU which includes "40 in-depth interviews with experts, opinion makers, and many of the people who personally locked horns with the Clintons."  The film is intended to educate the American public about Hillary Clinton in order that they may be better informed as they exercise their right to vote in state primaries, and potentially, in the national Presidential election.

17.     CU often has used and continues to use its CITIZENS UNITED mark in conjunction with other words to create unique marks regarding specific goods or services it is providing.  Thus, for example, it has used "Citizens United for the Bush Agenda," "Citizens United for American Sovereignty" and "Citizens United for a Secure America" as marks used in conjunction with various services.

18.     CU has established a Political Action Committee which trades under the trade name "Citizens United Political Victory Fund" and is affiliated with a 501(c)(3) entity, which trades under the name, "Citizens United Foundation."

19.     CU's trade name and mark CITIZENS UNITED has acquired secondary meaning in Florida and .elsewhere, indicating CU as the source of the services and goods associated therewith identified herein.

20.     Since on or before November 1988, CU has used CITIZENS UNITED to identify its business and its services and to create consumer good will in those endeavors.  Its use in Florida and elsewhere has been continuous and exclusive and it has, therefore, obtained a common law right to use CITIZENS UNITED as its trade name and service mark in Florida and elsewhere.

21.     On information and belief, prior to their first use of the name "Citizens United Not Timid," NT and its officers knew that CU had used, was using, and had obtained rights to use CITIZENS UNITED as its trade name and trade and service mark and that CU had registered the word mark CITIZENS UNITED with the U.S. Patent and Trademark Office.

B. *Defendants' Infringing and Deceptive Activities*

22.     On or about January 8, 2008, one or more of Defendants Jones, Stone and/or NT, or an agent acting on their behalf, registered the domain name www.citizensunitednottimid.org through the GoDaddy.com, Inc. registrar.

23.     On or about January 18, 2008, Defendants Jones and Stone, associated together for the purpose of organizing NT as a 527 political organization. Defendant Jones filed a Form 8871 claiming status as a political organization under Internal Revenue Code Section 527 and identifying himself as the Chairman and Treasurer of NT and Stone as the Assistant Treasurer of NT.

24.     On information and belief, all of the acts and omissions alleged herein committed by NT have been committed either by Jones or Stone, each acting on their own behalf, as the agent for the other and for NT in furtherance of their joint undertaking as NT.

25.     Since an unknown date and time after January 8, 2008, NT has operated a web site at www.citizensunitednottimid.org. The home page for the web site bears the title "What is Hillary?" Immediately under the caption is a stylized logo intended to represent the anatomy of a woman. Under the logo are the words "Citizens United Not Timid a 527 Organization To Educate The American Public About What Hillary Clinton Really Is." The first letters of Citizens United Not Timid are in bold font. No text or other information appears on the web site useful to so educate the American public. Adjacent to the logo is a photograph of a model wearing a T-shirt bearing the logo. The page allows for visitors to click to a second page to purchase a T-shirt with the organization's logo. The second page also allows a visitor to add his or her name to

-7-

the list of persons "who agree with [NT's] analysis." A copy of the home page and second page from NT's web site is attached hereto as Exhibit C.

26. An individual completing the contribution form and T-shirt ordering process through the NT web site with a credit card payment, receives the following confirmation of payment: "This credit card transaction will appear on your bill as "PAYPAL *CTZNSUNITED". Notably, the words "Not Timid" are not included with the credit card receipt confirmation.

27. NT's sole business appears to be to use its trade name – and specifically the vulgar acronym formed from its trade name – to slur Hillary Clinton, to sell and distribute T-shirts bearing a vulgar and obscene logo and to collect names of those who are similarly inclined to characterize Ms. Clinton.

28. NT's use of "Citizens United Not Timid" for its trade name and service and/or trade mark is intentionally confusing and misleading, and likely to confuse persons to believe that CU is the source of, or sponsored, approved or endorsed the NT web site, other services and products. Indeed, at least one political commentator, Matt Labash, already suggested to NT's assistant treasurer, Roger Stone, that members of the public may confuse the two entities because of the similarity of their trade names.

29. NT also provided a number of media interviews to publicize its web site and its political advocacy. Such interviews have principally been provided by NT's assistant treasurer, Roger Stone.

30. NT is trading as "Citizens United Not Timid", both in the State of Florida and throughout the United States. It is offering services, including political advocacy in opposition to Hillary Clinton, both in Florida and throughout the United States and it is

selling and disseminating products bearing "Citizens United Not Timid" which products are intended to be political advocacy in opposition to Hillary Clinton both in Florida and throughout the United States.

## COUNT ONE

### INFRINGEMENT OF FEDERAL
### TRADEMARK REGISTRATION NO. 1,809,741
### IN VIOLATION OF THE LANHAM ACT, 15 U.S.C. § 1114.

31.     CU hereby realleges and incorporates by reference all previous paragraphs of this Complaint as if fully set forth herein.

32.     Defendants have infringed CU's '741 mark in interstate commerce by various acts, including, without limitation:    a) by registering the domain name www.citizensunitednottimid.org and operating a web site there;    b) selling and distributing T-shirts bearing the "Citizens United Not Timid" trade name and trade mark;    c) confirming receipt of credit card payments for T-shirts with "CTZNSUNITED"; and d) publicizing the web site by the use of the trade name and service mark "Citizens United Not Timid", and by providing other services of a type virtually identical to the services offered by CU.

33.     The use by Defendants of "Citizens United Not Timid" in connection with the goods and services identified herein, and specifically those services identified immediately above, is without permission or authority of CU and said use is likely to cause confusion, to cause mistake and/or to deceive.

34.     On information and belief, the infringement by Defendants of CU's registered '741 mark is willful and was done with the knowledge that the use of "Citizens United Not Timid" would deceive and/or confuse consumers, contributors,

and other members of the public as to the source, sponsorship, origin, affiliation or association of NT and its services.  Further, on information and belief, the infringement by Defendants was done with knowledge that the use would harm CU in its business, diminishing its goodwill and tarnishing its reputation.

35.     On information and belief, the use by Defendants of "Citizens United Not Timid" in connection with the services identified herein was made notwithstanding CU's well-known and prior established rights in the '741 mark and with actual and constructive notice of CU 's federal registration rights under 15 U.S.C. § 1072.

36.     The infringing activities of Defendants have caused and, unless enjoined by this Court, will continue to cause, irreparable injury to CU's business, reputation and good will in its federally registered '741 service mark, for which CU has no adequate remedy at law.

## COUNT TWO

### INFRINGEMENT OF FEDERAL
### TRADEMARK REGISTRATION NO. 1,877,094
### IN VIOLATION OF THE LANHAM ACT, 15 U.S.C. § 1114.

37.     CU hereby realleges and incorporates by reference all previous paragraphs of this Complaint as if fully set forth herein.

38.     Defendants have infringed CU's '094 mark in interstate commerce by various acts, including, without limitation:  a) by registering the domain name www.citizensunitednottimid.org and operating a web site there;  b) selling and distributing T-shirts bearing the "Citizens United Not Timid" trade name and trade mark; c) confirming receipt of credit card payments for T-shirts with "CTZNSUNITED"; and d) publicizing the web site by the use of the trade name and

-10-

service mark "Citizens United Not Timid", and by providing other services of a type virtually identical to the services offered by CU.

39.    The use by Defendants of "Citizens United Not Timid" in connection with the goods and services identified herein, and specifically those services identified immediately above, is without permission or authority of CU and said use is likely to cause confusion, to cause mistake and/or to deceive.

40.    On information and belief, the infringement by Defendants of CU's registered '094 mark is willful and was done with the knowledge that the use of "Citizens United Not Timid" would deceive and/or confuse consumers, contributors and other members of the public as to the source, sponsorship, origin, affiliation or association of NT and its services.  Further, on information and belief, the infringement by Defendants was done with knowledge that the use would harm CU in its business, diminishing its goodwill and tarnishing its reputation.

41.    On information and belief, the use by Defendants of "Citizens United Not Timid" in connection with the services identified herein was made notwithstanding CU's well-known and prior established rights in the '094 mark and with actual and constructive notice of CU's federal registration rights under 15 U.S.C. § 1072.

42.    The infringing activities of Defendants have caused and, unless enjoined by this Court, will continue to cause, irreparable injury to CU's business, reputation and good will in its federally registered '094 service mark, for which CU has no adequate remedy at law.

## COUNT THREE

### FALSE DESIGNATION OF ORIGIN
### IN VIOLATION OF THE LANHAM ACT, 15 U.S.C. § 1125.

43.    CU hereby realleges and incorporates by reference all previous paragraphs of this Complaint as if fully set forth herein.

44.    On information and belief, Defendants used the designation "Citizens United Not Timid" in connection with services of political advocacy opposing Hillary Clinton and other services of a type virtually identical to the services offered by CU in interstate commerce. The use of the designation "Citizens United Not Timid" by Defendants is likely to cause confusion and to cause mistake, and to deceive as to the affiliation, connection or association of NT with CU and as to the source, origin, sponsorship, endorsement or approval of NT's services and activities by CU.

45.    On information and belief, the use of the designation "Citizens United Not Timid" by Defendants is willful and was done with the knowledge that the use of "Citizens United Not Timid" would deceive and/or confuse consumers, contributors and other members of the public voters as to the source, sponsorship, origin, affiliation or association of NT and its services.   Further, on information and belief, the infringement by Defendants was done with knowledge that the use would harm CU in its business, diminishing its goodwill and tarnishing its reputation.

46.    The wrongful activities of Defendants have caused, and unless enjoined by this Court will continue to cause, irreparable injury to CU's business, reputation and good will in its registered marks, for which CU has no adequate remedy at law.

## COUNT FOUR

## UNFAIR COMPETITION, DECEPTIVE TRADE PRACTICES, SERVICE MARK AND TRADE NAME INFRINGEMENT IN VIOLATION OF FLORIDA COMMON LAW

47.     CU realleges and incorporates by reference all previous paragraphs of this Complaint as if fully set forth herein.

48.     CU, by its regular and continued use of CITIZENS UNITED, has first acquired trade name rights and trade and service mark rights to the name and mark under Florida common law.  The name and mark has acquired a secondary meaning identifying CU as the source of the services either by virtue of being inherently distinctive or by actual usage in a certain trade area.

49.     Defendants have infringed CU's trade name and trade and service mark in Florida by various acts, including, without limitation:  a) by registering the domain name  www.citizensunitednottimid.org and operating a web site there;  b) selling and distributing T-shirts bearing the "Citizens United Not Timid" trade name and trade mark;  c) confirming receipt of credit card payments for T-shirts with "CTZNSUNITED"; and d) publicizing the web site by the use of the trade name and service mark "Citizens United Not Timid, and by providing other services of a type virtually identical to the services offered by CU.

50.     The use by Defendants of "Citizens United Not Timid" in connection with the services identified herein, and specifically those services identified immediately above, is without permission or authority of CU and said use is likely to cause confusion, to cause mistake and/or to deceive.

51.     The infringement by Defendants of CU's registered and common law service marks is willful and was done with the knowledge that the use of "Citizens United Not Timid" would deceive and/or confuse consumers, contributors and voters as to the source, sponsorship, origin, affiliation or association of NT and its services. Further, on information and belief, the infringement by Defendants was done with knowledge that the use would harm CU in its business, diminishing its goodwill and tarnishing its reputation.

52.     The activities of Defendants as stated herein constitute unfair competition and deceptive trade practices and are an infringement of CU's common law service mark rights and trade name rights in the mark and name CITIZENS UNITED within the State of Florida and in violation of Florida law.

53.     The wrongful and infringing activities of Defendants have caused, and unless enjoined by this Court will continue to cause, irreparable injury to CU's business, reputation and good will in its CITIZENS UNITED mark and trade name, for which CU has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, CU prays for judgment against Defendants Jones, Stone and NT and asks this Court:

A.      To issue a preliminary and permanent injunction enjoining Defendants Jones, Stone and NT, their members, agents, servants, employees, successors and assigns and all others in concert and privity with them from: 1) using the name "Citizens United Not Timid" in connection with political advocacy services; 2) infringing U.S. Trademark Registration Nos. 1,809,741 and 1,877,094; 3) unfairly competing with CU; and 4) injuring CUs business reputation, all pursuant to Section 34 of the Lanham Act (15 U.S.C. § 1116), and the equitable power of this Court to enforce the common law of the State of Florida;

B.      To order Defendants to account to CU for the actual damages suffered by CU as a result of the acts of infringement and unfair competition of Defendants, together with interest, and that CU's recovery be trebled, pursuant to Section 35 of the Lanham Act (15 U.S.C. § 1117);

C.      To order Defendants to surrender for destruction all nameplates, labels, advertisements, and other materials incorporating or reproducing the infringing "Citizens United Not Timid" service mark, pursuant to Section 36 of the Lanham Act (15 U.S.C. § 1118), and the equitable power of this Court to enforce the common law of the State of Florida;

D.      To order Defendants to pay CU's attorneys' fees, together with the costs of this suit, pursuant to Section 35 of the Lanham Act (15 U.S.C. § 1117);

E.     To order Defendants to pay punitive damages to CU pursuant to Florida law, and;

F.     To grant such other and further relief as may be just and equitable.

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b), Plaintiff Citizens United demands a trial by jury on all matters so triable.

Dated: February 5, 2008       Respectfully submitted,
      Miami, Florida

                                   /s/ Alexander Angueira
                              Alexander Angueira (FL Bar No. 0716091)
alex@anguieralaw.com
Alexander Angueira, PLLC
7301 SW 57 Court, Suite 515
Miami, Florida 33143
Telephone:  305-357-9031
Facsimile:  305-357-9050

Wyatt B. Durrette, Jr. (VA Bar No. 04719)
wdurrette@durrettebradshaw.com
Christine A. Williams (VA Bar No. 47074)
DurretteBradshaw PLC
600 E. Main St., Twentieth Floor
Richmond, VA 23219
Telephone:  804-775-6900
Facsimile:    804-775-6911

Charles M. Allen (VA Bar No. 30183)
callen@goodmanallen.com
Goodman Allen & Filetti PLLC
4501 Highwoods Parkway, Ste. 210
Glen Allen, VA 23060
Telephone:  804-346-5087
Facsimile 804-346-5954

-16-

James Creekmore (VA Bar No. 36246)
james@creekmorelaw.com
The Creekmore Law Firm PC
52 Pondview Court
Daleville, VA 24083
Telephone:  540-966-2504
Facsimile:  540-966-2504

*Attorneys for Plaintiff, Citizens United*

-17-

# EXHIBIT A

Int. Cl.: 42

Prior U.S. Cl.: 100

## United States Patent and Trademark Office

Reg. No. 1,809,741
Registered Dec. 7, 1993

### SERVICE MARK
### PRINCIPAL REGISTER



CITIZENS UNITED (VIRGINIA CORPORA-
TION)
11094-D LEE HIGHWAY, STE 200
FAIRFAX, VA 22030

FOR: PROMOTING PUBLIC AWARENESS
OF THE NEED FOR THE RESTORATION OF
THE PEOPLE OF THE UNITED STATES AS
THE POLITICAL SOVEREIGN OVER CIVIL

GOVERNMENT AND DISSEMINATION OF IN-
FORMATION RELATING THERETO, IN
CLASS 42 (U.S. CL. 100).
FIRST USE 11-0-1988; IN COMMERCE
11-0-1988.

SER. NO. 74-332,525, FILED 11-19-1992.

CYNTHIA SLOAN, EXAMINING ATTORNEY

# EXHIBIT B

Int. Cl.: 42

Prior U.S. Cl.: 100

## United States Patent and Trademark Office

Reg. No. 1,877,094
Registered Jan. 31, 1995

### SERVICE MARK
### PRINCIPAL REGISTER

## CITIZENS UNITED

CITIZENS UNITED (VIRGINIA CORPORA-
TION)
11094-D LEE HIGHWAY, SUITE 200
FAIRFAX, VA 22030

FOR: PROMOTING PUBLIC AWARENESS
OF THE NEED FOR THE RESTORATION OF
THE PEOPLE OF THE UNITED STATES AS
THE POLITICAL SOVEREIGN OVER CIVIL
GOVERNMENT AND DISSEMINATION OF IN-

FORMATION RELATING THERETO, IN
CLASS 42 (U.S. CL. 100).
FIRST USE 11–0–1988; IN COMMERCE
11–0–1988.
OWNER OF U.S. REG. NO. 1,809,741.

SER. NO. 74–494,737, FILED 2–28–1994.

JENNIFER SMITHSON, EXAMINING ATTOR-
NEY

# EXHIBIT C

Citizens United Not Timid    Page 1 of 2

# WHAT IS HILLARY?



## Citizens United Not Timid
a 527 Organization
To Educate The American
Public About
What Hillary Clinton Really Is

INFO@CITIZENSUNITEDNOTTIMID.ORG • JEFF "NOODLES" JONES, CHM.

FOR A CONTRIBUTION OF $25 OR MORE WE WILL SEND YOU AN OFFICIAL CITIZENS UNITED NOT TIMID T-SHIRT IN YOUR SIZE

**CLICK HERE**



ADD YOUR NAME TODAY IF YOU AGREE WITH OUR ANALYSIS!

**CLICK HERE**

**YES - Add my name to the many Americans who agree with your analysis**

**YES - I want to contribute and receive my free Official Citizens United Not Timid T-Shirt**

First Name

Last Name

Address

City

State & Zip

\* E-mail

Submit    Clear Form



http://www.citizensunitednottimid.org/contribute.php                    2/4/2008

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM).

## I.(a) PLAINTIFFS
Citizens United, a Virginia corporation,

## DEFENDANTS
Citizens United Not Timid, a Florida unincorporated assoc., Roger J. Stone, Jr., an individual, and Jeffrey M. Jones, an Individual.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Foreign corp.
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Miami-Dade County, Florida
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND OF CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Alexander Angueira, Esq.
Alexander Angueira, P.L.L.C.
7301 SW 57 Court, Suite 515
Miami, FL 33143
(305) 357-9031

ATTORNEYS (IF KNOWN)

*Dade | 08-20305-CIV-Seitz | McAliley*

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:

(DADE), MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX ONLY FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF DEF | | PTF DEF |
|---|---|---|---|
| Citizen of This State | ☐ 1 ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 ☐ 4 |
| Citizen of Another State | ☐ 2 ☐ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 ☐ 3 | Foreign Nation | ☐ 6 ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Action for Trademark and TradeName Infringement, 15 U.S.C. §1114

## IVa.

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| A. CONTRACT | A. TORTS | | B. FORFEITURE / PENALTY | A. BANKRUPTCY | A. OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | A. PROPERTY RIGHTS | B ☐ 450 Commerce / ICC Rates / etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety / Health | ☒ 840 Trademark | ☐ 810 Selective Service |
| B ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | A. SOCIAL SECURITY | ☐ 850 Securities / Commodities / Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | A. LABOR | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 MIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | B ☐ 720 Labor / Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| A. REAL PROPERTY | A. CIVIL RIGHTS | B. PRISONER PETITIONS | ☐ 730 Labor / Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC / DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus | 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing / Accommodation | * ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | A. FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | * ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS - Third Party 26 USC 7609 | * A or B |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights * A or B | | | |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

■ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Refiled   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23   DEMAND (in excess of $75,000) Check YES only if demanded in complaint:
JURY DEMAND: ■ YES   ☐ NO

## VIII. RELATED CASE(S) (See instructions):
IF ANY

| JUDGE | DOCKET NUMBER |
|---|---|

DATE
February 5, 2008

SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT
S/F   I-2
REV. 6/90

FOR OFFICE USE ONLY:   Receipt No. 574900   Amount: $350.00
Date Paid: 02/05/08   M/fp: