UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-20305-CIV-SEITZ/McAliley

| | |
|---|---|
| CITIZENS UNITED, <br> A Virginia Corporation <br><br> Plaintiff, <br><br> v. <br><br> CITIZENS UNITED NOT TIMID, <br> A Florida Unincorporated Association, <br> ROGER J. STONE, JR., <br> An Individual, and <br> JEFFREY M. "NOODLES" JONES, <br> An Individual, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANTS' NOTICE OF FILING

Defendants hereby provide notice to the Court that in compliance with this Court's March 10, 2008 Order (D.E. 24), para. B, attached is Defendants' Exhibit List and Exhibits. The attached will be used to assist the Court during the April 11, 2008 Hearing on Plaintiff's Motion for Preliminary Injunction.

April 7, 2008

                                       Respectfully,
                                       DEFENDANTS

                  By:      ___s/GUSTAVO SARDIÑA_____
                                       Frank Herrera
                                       Florida Bar No. 494801
                                       Email: fherrera@rra-law.com
                                       Gustavo Sardiña
                                       Florida Bar No.: 31162
                                       Email: gsardina@rra-law.com
                                       ROTHSTEIN ROSENFELDT ADLER
                                       401 East Las Olas Boulevard, Suite 1650
                                       Fort Lauderdale, Florida 33301
                                       Phone: 954-522-3456
                                       Fax:  954-527-8663

        And

        Michael D. Becker, Esq.
        Florida Bar No. 96910
        Email: miamilawman@comcast.net
        THE LAW OFFICE OF
        MICHAEL D. BECKER, P.A.
        1200 Brickell Avenue, Suite 1620
        Miami, Florida 33131
        Phone: (305) 538-0520
        Facsimile: (305) 532-9796

## **CERTIFICATE OF FILING AND SERVICE**

I HEREBY CERTIFY that on April 7, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day upon:

Alexander Anguiera, Esq.
ALEXANDER ANGUIERA, PLLC
7301 SW 57 Court, Suite 515
Miami, Florida 33143
alex@anguieralaw.com

Wyatt B. Durrette, Jr., Esq.
Christine A. Williams, Esq.
DURRETTE BRADSHAW, PLC
600 East Mail Street, 20th Floor
Richmond, Virginia 23219
wdurrette@durrettebradshaw.com

Charles Allen, Esq.
GOODMAN ALLEN & FILETTI, PLLC
4501 Highwoods Parkway, Suite 210
Glen Allen, Virgina 23060
callen@goodmanallen.com

James Creekmore, Esq.
THE CREEKMORE LAW FIRM, PC
52 Pondview Court
Daleville, Virginia 24083
james@creekmorelaw.com

either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        By:     ___s/GUSTAVO SARDIÑA_____
                  Frank Herrera
                  Gustavo Sardiña