AO 187 (Rev. 11/2004) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 08-20305-CIV-SEITZ/MCALILEY

**CITIZENS UNITED**

          Plaintiff

v.

**CITIZENS UNITED NOT TIMID, et al**

          Defendant

## EXHIBIT AND WITNESS LIST

| PRESIDING JUDGE<br>Judge Seitz | | PLAINTIFF'S ATTORNEY<br>Frank Herrera | | DEFENDANT'S ATTORNEY<br>Alexander Angueira | |
|---|---|---|---|---|---|
| TRIAL DATE(S)<br>4/11/08 | | COURT REPORTER<br>DAVID Ehrlich | | COURTROOM DEPUTY<br>MARTA DIEGUEZ | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | A | 6,10,12,19,64<br>77,80,90,<br>115, 124 | | ✓ | Results of corporate record searches for nearly all 50 States for entities whose names include "Citizens United" with the earliest such records dating prior to 1970. |
| | B | | | | The first 100 "hits" for a Google.com search for "citizens united" displaying numerous third party uses of the term to describe "citizens" who are "united" for a particular cause. |
| | C | | | | Individual web page print outs of 23 of the "citizens united" groups pointed out in Defendants' Exhibit B, including several which claim first use of their respective names prior to Plaintiff's use of its name. |
| | D | | | ✓ | IRS forms identifying entities whose names include the phrase "citizens united". |
| | E | | | | List of entities whose names include the phrase "citizens united" from IRS Publication No. 78. |
| | F | | | | Federal Trademark Registrations which include the phrase "citizens united". |
| | G | | | | Trademark Search results for "citizens united". |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages