**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO.:  08-20305-CIV-SEITZ\O'SULLIVAN

CITIZENS UNITED,

        Plaintiff,

v.


CITIZENS UNITED NOT TIMID, *et al*.,

        Defendants.
_____/

## JOINT STIPULATION AND ORDER OF DISMISSAL

THIS DAY came the parties, Citizens United ("CU"), Citizens United Not Timid ("NT"), Roger J. Stone, Jr. ("Stone"), and Jeffrey M. Jones ("Jones"), by their attorneys, pursuant to Rule 41 of the Federal Rules of Civil Procedure, on their joint representations that the matters at issue between them as expressed in the Complaint and the Answer and Counterclaims thereto filed in this case have been compromised, agreed and settled.

UPON CONSIDERATION WHEREOF, it appearing to the Court that the claims set forth in the Complaint filed herein by CU against NT, Stone and Jones, and the Answer and Counterclaims filed herein by NT, Stone and Jones against CU, have been settled, compromised and agreed, and that said Complaint and Counterclaims should be dismissed, with prejudice, it is therefore

ORDERED, ADJUDGED and DECREED that the Complaint heretofore filed by CU and the Counterclaims hereto filed by NT, Stone and Jones be, and hereby are, dismissed as agreed, with prejudice.

The Clerk is directed to send attested copies of this Dismissal to all counsel of record.

ENTER:          /          /


_____
                    Judge

Dated:  April 21, 2008                 Respectfully submitted,
Miami, Florida

                           s/ Alexander Angueira    .
                        Alexander Angueira
                        Florida Bar No. 0716091
                        alex@angueiralaw.com
                        Alexander Angueira, PLLC
                        7301 SW 57 Court, Suite 515
                        Miami, Florida  33143
                        Telephone:  305-357-9031
                        Facsimile:  305-357-9050

                        Wyatt B. Durrette, Jr. (VA Bar No. 04719)
                        wdurrette@durrettebradshaw.com
                        Christine A. Williams (VA Bar No. 47074)
                        cwilliams@durrettebradshaw.com
                        DurretteBradshaw PLC
                        600 E. Main St., Twentieth Floor
                        Richmond, VA 23219
                        Telephone:  804-775-6900
                        Facsimile:   804-775-6911

                        Charles M. Allen (VA Bar No. 30183)
                        callen@goodmanallen.com
                        Goodman Allen & Filetti PLLC
                        4501 Highwoods Parkway, Ste. 210
                        Glen Allen, VA 23060
                        Telephone:  804-346-5087
                        Facsimile 804-346-5954

                        James R. Creekmore (VA Bar No. 36246)
                        james@creekmorelaw.com
                        The Creekmore Law Firm PC
                        52 Pondview Court
                        Daleville, VA 24083
                        Telephone:  540-966-2504
                        Facsimile:  540-966-2504

                        *Attorneys for Plaintiff*

    s/ Frank Herrera    .
Frank Herrera (FL Bar No. 49801)
fherrera@rra-law.com
Gustavo Sardiña (FL Bar No. 31162)
gsardina@rra-law.com
ROTHSTEIN ROSENFELDT ADLER
401 East Las Olas Boulevard, Suite 1650
Fort Lauderdale, FL 33301
Telephone: 954-522-3456
Facsimile: 954-527-8663

Michael D. Becker (FL Bar No. 96910)
miamilawman@comcast.net
THE LAW OFFICE OF
MICHAEL D. BECKER, PA
1200 Brickell Avenue, Suite 1620
Miami, FL 33131
Telephone: 305-538-0520
Facsimile: 305-532-09796

*Attorneys for Defendants*