UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20305-CIV-SEITZ/MCALILEY

CITIZENS UNITED,

    Plaintiff,

v.

CITIZENS UNITED, NOT TIMID, et al.,

    Defendants.
_____/

### FINAL DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Joint Stipulation and Order of Dismissal [DE 46]. The parties represent that all claims in this matter have been resolved and therefore request that this case be dismissed with prejudice. Accordingly, it is hereby

ORDERED that:

(1)    This action is DISMISSED WITH PREJUDICE.

(2)    All pending motions not otherwise ruled upon are DENIED AS MOOT.

(3)    This case is CLOSED.

DONE and ORDERED in Miami, Florida, this 21st day of April, 2008.

                                  PATRICIA A. SEITZ
                                  UNITED STATES DISTRICT JUDGE

cc:
All Counsel of Record